# Exhibit A

## United States Bankruptcy Court, District of Delaware

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Avenue Stores, LLC

**Case Number:** 19-11842

**Official Form 410**

# Proof of Claim

☑ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided                    04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Salem One, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Salem One, Inc. c/o Steve Yarbrough
Name

5670 Shattalon Dr
Number      Street

Winston Salem       NC       27105
City                State        ZIP Code

Contact phone  (336) 744-9990

Contact email  syarbrough@salem-one.com

Where should payments to the creditor be sent? (if different)

Same
Name

_____
Number      Street

_____
City                State        ZIP Code

Contact phone _____

Contact email _____

**RECEIVED**

**SEP 10 2019**

**PRIME CLERK LLC**

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known)_____

Filed on _____
         MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

191184280000020

Modified Official Form 410                    **Proof of Claim**                    page 1

Claim Number: 56

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  __1__  __6__  __1__  __6__ |
| 7. **How much is the claim?** | $_____ 41,277.22 . **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br><br>Goods & Services Sold:  Printed Product and Direct Mail Services |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                          $_____<br><br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:*    **Amount entitled to priority** |

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies.    $_____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

| | |
|---|---|
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No<br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received** $_____ **by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** |

### Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___08/30/2019___ (mm/dd/yyyy)

Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Steve | Gregory | Yarbrough |
| | First name | Middle name | Last name |
| Title | CFO | | |
| Company | Salem One, Inc. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 5670 Shattalon Dr. | | |
| | Number    Street | | |
| | Winston Salem | NC | 27105 |
| | City | State | ZIP Code |
| Contact phone | (336) 744-9990 | Email | syarbrough@salem-one.com |

## Steve Yarbrough

| | |
|---|---|
| **From:** | Douglas Evans |
| **Sent:** | Wednesday, September 04, 2019 11:29 AM |
| **To:** | Steve Yarbrough |
| **Subject:** | FW: [EXT] Outstanding invoices |

Steve,

Here is Julianne's email to accounting

-----Original Message-----
From: jbruno@avenue.com <jbruno@avenue.com>
Sent: Thursday, August 8, 2019 10:42 AM
To: jmeyerhoffer@avenue.com
Cc: Douglas Evans <devans@salem-one.com>
Subject: [EXT] Outstanding invoices

Hi Janice - could you please advise the status of Salem One's outstanding invoices?

We have about $40k in open invoices for them.

*Confirmation by Avenue of ~$40K in open invoices @ 8-8-19.*

Thanks so much for your help.

Sent from my iPhone

| Job # | Invoice # | Invoice Date | Amount |
|---|---|---|---|
| 41212 | 76037 | 6/12/19 | $39,396.84 |
| 41404 | 76093 | 6/13/19 | $290.00 |
| 41668 | 77395 | 7/31/19 | $1,590.38 |
| | | Total | $41,277.22 |

*Job # 41212*



packaging
direct
print
logistics

**Customer Copy**
### *Invoice*
**76037**

_____

*Page 1 of 1*

| | |
|---|---|
| **Invoice Date** | 6/12/2019 |
| **Invoice Due** | 7/12/2019 |
| **Job Number** | 41212 |
| **Your Order #** | |

**Attention**
**Invoice To**
Dina Callea
Avenue
365 West Passaic St, Suite 230
Rochelle Park, NJ 07662

**Salesrep**  Doug Evans

| Quantity | Description | Setup | Min | Unit Price | U/M | Sub Total | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| | **June PC** | | | | | | | |
| 399619 | Lettershop | | | 7,992.39 | | 7,992.39 | | 7,992.39 |
| 402000 | Printing | | | 20,952.02 | | 20,952.02 | | 20,952.02 |
| 1 | Alterations | | | 156.00 | | 156.00 | | 156.00 |
| 1 | Drop Shipping | | | 10,296.43 | | 10,296.43 | | 10,296.43 |

*TERMS: PLEASE NOTE OUR TERMS ARE NET 30 DAYS FROM DATE OF INVOICE.*

| | |
|---|---|
| **Sub Total** | $39,396.84 |
| **Sales Tax** | |

## REMIT PAYMENT TO:
**1155 Distribution Court**
**Kernersville, NC 27284**

| | |
|---|---|
| **TOTAL DUE** | **$39,396.84** |

Customer # :  *1616*          Tax # :
We add finance charges on invoices more than 15 days overdue.

*Job # 41212*
*p. 1 of 8*

## Steve Yarbrough

| | |
|---|---|
| **From:** | Vickie Crutchfield |
| **Sent:** | Friday, August 30, 2019 2:20 PM |
| **To:** | Steve Yarbrough |
| **Cc:** | Tammy Craven |
| **Subject:** | FW: june PC |

**From:** dcallea@avenue.com <dcallea@avenue.com>
**Sent:** Tuesday, May 21, 2019 11:00 AM
**To:** Douglas Evans <devans@salem-one.com>; Terri Shea <TShea@salem-one.com>; Vickie Crutchfield <vcrutchfield@salem-one.com>
**Subject:** [EXT] june PC

We need to increase this circ to 400.0 – can you get paper?

**Dina Callea**
*Marketing Director Business/CRM*
Avenue
*PHN: 201-909-2240 | | FAX: 201-909-3604*
*EML: DCallea@avenue.com*
*Web: www.avenue.com*

1

*Job # 41212*
*p. 2 of 8*

## Steve Yarbrough

**From:** Vickie Crutchfield
**Sent:** Friday, August 30, 2019 2:19 PM
**To:** Steve Yarbrough
**Subject:** FW: June PC - 400m.xls
**Attachments:** June PC - 400m.xls

**From:** Terri Shea <TShea@salem-one.com>
**Sent:** Tuesday, May 21, 2019 11:23 AM
**To:** Dina Callea <dcallea@avenue.com>; Julianne Bruno (jbruno@avenue.com) <jbruno@avenue.com>
**Cc:** Vickie Crutchfield <vcrutchfield@salem-one.com>; Douglas Evans <devans@salem-one.com>
**Subject:** June PC - 400m.xls

Revised quote letter is attached. Please let us know if you have any questions

Thanks
**Terri Shea**
Project Manager

**Salem One, Inc.**
1155 Distribution Court
Kernersville, NC 27284

Office: 336.299.0800 x 5654
Cell: 727.460.2872
tshea@salem-one.com



packaging
direct
print
logistics

*The information contained in this email is legally privileged and confidential, and it is intended only for the use of the entity named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this email is prohibited. If you have received this email in error, please immediately notify the sender.*

1

*Job # 41212*
*p. 3 of 8*

**SALEM one**
packaging
direct
print
logistics

1155 Distribution Court Kernersville NC 27284
336-299-0800

Estimate # 77553-1
5/21/2019

Julianne Bruno
Avenue Stores
365 W Passaic St
Suite 230
Rochelle Park, NJ 07662

| | |
|---|---|
| Title | June PC |
| Description | Postcard - 1 version |
| Quantity | 400,000 |
| Size | 6 x 10.5 |
| Stock | 100# Gloss Cover |
| Pre-press | Color Proof and Dylux |
| Press | 5/5 - 4 c/p + PMS  plus Dull Aquesous  - 2 sides |
| Finishing | Trim to size |
| Mailing | Presort files, Inkjet name, address, 1 location - 1 side - Std Mail Class |
| Schedule | See Below |

### 400,000

| | | |
|---|---|---|
| **Production** | $20,973.00 | |
| **Lettershop** | $8,000.00 | |
| **Postage - Std "A"** | $95,200.00 | 0.238 |
| **Sub Total** | $124,173.00 | |
| **TAX** | $0.00 | |
| **TOTAL with Freight** | $134,173.00 | |
| **Est. Freight** | $10,000.00 | |
| **Unit Cost** w/ Postage & Freight | $0.335 | |

| | |
|---|---|
| **Sale Dates** | **TBD** |
| **In-home** | **6/11-6/13** |
| **Mail Date** | **6/4** |
| **Production** | **5/21-6/4** |
| **Proof Approval** | **5/21** |
| **Proof to Ave** | **5/20** |
| **Mail Files** | **5/20** |
| **Artwork** | **5/16** |
| **Order Paper** | **5/16** |

To confirm as an order, please sign below and return

_____          _____
Avenue                                                    Date

# Steve Yarbrough

| | |
|---|---|
| **From:** | Vickie Crutchfield |
| **Sent:** | Friday, August 30, 2019 2:18 PM |
| **To:** | Steve Yarbrough |
| **Cc:** | Tammy Craven |
| **Subject:** | FW: 97475 / 41212 - Revised Ave PC |

Approval on art for job 41212

-----Original Message-----
From: gspenillo@avenue.com <gspenillo@avenue.com>
Sent: Friday, May 24, 2019 12:26 PM
To: Vickie Crutchfield <vcrutchfield@salem-one.com>; jbruno@avenue.com; dcallea@avenue.com; Douglas Evans <devans@avenue.com>
Cc: Terri Shea <TShea@salem-one.com>
Subject: [EXT] Re: 97475 / 41212 - Revised Ave PC

Hi Vickie,

Thanks so much. The PC is approved.

Have a great weekend!


On 5/24/19, 11:00 AM, "Vickie Crutchfield" <vcrutchfield@salem-one.com>
wrote:

>Morning,
>
>Please review and approve the revised art link below.
>
>-----Original Message-----
>From: files@sendthisfile.com <files@sendthisfile.com>
>Sent: Friday, May 24, 2019 10:35 AM
>To: Vickie Crutchfield <vcrutchfield@salem-one.com>
>Subject: [EXT] 97475 / 41212 - Revised Ave PC
>
>SendThisFile File Notification
>
>essauer@salem-one.com has sent you a file that will EXPIRE in 14 DAYS.
>Click the following link to retrieve your file:
>
>https://url.emailprotection.link/?bqqEjqtWjDtyqXRpd3OjEXiF-oViztAEfCs-7
>7I7
>B0cmlCzfXsqa1R5aRu_xeM6DPuoAejaAmwQ-_McyVfiqQqDTwkrXIlLFgQZyyR40Wz3PW19
>bbF
>RoFqEhSZFCLhAKY
>
>97475_Trap.pdf
>
>

1

*Delivery Report - Job 41212*

*Job # 41212*
*09/03/2019*
*p.5 of 8*

## Job/Version - Snapshot View

### Avenue

| | |
|---|---|
| **Campaign:** | June PC |
| **Job Number(s):** | 41212 |
| **Description:** | June PC |



| | |
|---|---|
| **Mail Class:** | Standard |
| **Service Type(s):** | 271 |
| **Mailer ID:** | 000277 |
| **IMb Start Range:** | 420443788 |
| **IMb End Range:** | 420843834 |
| **Pieces:** | 399,619 |
| **Mail Start Date:** | 06/04/2019 |
| **In-Home Start Date:** | 06/11/2019 |
| **In-Home End Date:** | 06/13/2019 |
| **Avg Postal Delivery:** | 7.27 |
| **Initial Scans:** | 398,927 |
| **Initial Scans %:** | 99.83 % |
| **Est. Delivery:** | 393,078 |
| **Est. Delivery %:** | 98.36 % |
| **Job Archived:** | Yes |

Legend: 0%-25%  25%-50%  50%-75%  75%-100%

| Service Type | Quantity | % |
|---|---|---|
| 271 - Full-Service with IMb Tracing, Standard, No ACS | 397,828 | 99.55% |
| 311 - Non-Auto with IMb Tracing, Standard, No ACS | 1,791 | 0.45% |

Job #4/2/2
09/03/2019
p. 6 of 8

## ✓ Job/Version - Snapshot View





*Job #4/2/2*
09/03/2019
*p. 7 of 8*

# Job/Version - Snapshot View

### State Details Breakdown

| State | Pieces | Initial Scans | Initial Scan % | Est. Delivery | Est. Delivery % |
|-------|--------|---------------|----------------|---------------|-----------------|
| AK | 166 | 166 | 100.00 % | 155 | 93.37 % |
| AL | 3,943 | 3,943 | 100.00 % | 3,903 | 98.99 % |
| AR | 857 | 857 | 100.00 % | 846 | 98.72 % |
| AZ | 5,503 | 5,500 | 99.95 % | 5,331 | 96.87 % |
| CA | 49,193 | 49,175 | 99.96 % | 48,434 | 98.46 % |
| CO | 701 | 701 | 100.00 % | 685 | 97.72 % |
| CT | 6,354 | 6,354 | 100.00 % | 6,307 | 99.26 % |
| DC | 988 | 988 | 100.00 % | 737 | 74.60 % |
| DE | 1,959 | 1,959 | 100.00 % | 1,934 | 98.72 % |
| FL | 21,781 | 21,780 | 100.00 % | 21,451 | 98.48 % |
| GA | 11,742 | 11,741 | 99.99 % | 11,624 | 99.00 % |
| HI | 185 | 185 | 100.00 % | 179 | 96.76 % |
| IA | 630 | 630 | 100.00 % | 627 | 99.52 % |
| ID | 241 | 241 | 100.00 % | 238 | 98.76 % |
| IL | 18,751 | 18,696 | 99.71 % | 18,538 | 98.86 % |
| IN | 6,696 | 6,696 | 100.00 % | 6,638 | 99.13 % |
| KS | 1,602 | 1,602 | 100.00 % | 1,592 | 99.38 % |
| KY | 1,693 | 1,693 | 100.00 % | 1,680 | 99.23 % |
| LA | 3,764 | 3,763 | 99.97 % | 3,669 | 97.48 % |
| MA | 13,777 | 13,777 | 100.00 % | 13,660 | 99.15 % |
| MD | 12,385 | 12,287 | 99.21 % | 12,085 | 97.58 % |
| ME | 247 | 247 | 100.00 % | 243 | 98.38 % |
| MI | 23,033 | 22,988 | 99.80 % | 22,197 | 96.37 % |
| MN | 974 | 974 | 100.00 % | 947 | 97.23 % |
| MO | 3,834 | 3,834 | 100.00 % | 3,804 | 99.22 % |
| MS | 1,690 | 1,690 | 100.00 % | 1,669 | 98.76 % |
| MT | 140 | 140 | 100.00 % | 132 | 94.29 % |
| NC | 5,984 | 5,917 | 98.88 % | 5,817 | 97.21 % |
| ND | 138 | 138 | 100.00 % | 67 | 48.55 % |
| NE | 1,495 | 1,495 | 100.00 % | 1,468 | 98.19 % |
| NH | 1,723 | 1,723 | 100.00 % | 1,699 | 98.61 % |
| NJ | 28,695 | 28,686 | 99.97 % | 28,468 | 99.21 % |
| NM | 2,127 | 2,127 | 100.00 % | 2,071 | 97.37 % |
| NV | 2,876 | 2,876 | 100.00 % | 2,835 | 98.57 % |
| NY | 49,823 | 49,789 | 99.93 % | 49,374 | 99.10 % |
| OH | 22,477 | 22,466 | 99.95 % | 22,230 | 98.90 % |
| OK | 3,784 | 3,784 | 100.00 % | 3,739 | 98.81 % |
| OR | 2,492 | 2,492 | 100.00 % | 2,451 | 98.35 % |
| PA | 14,855 | 14,855 | 100.00 % | 14,703 | 98.98 % |
| RI | 2,979 | 2,979 | 100.00 % | 2,950 | 99.03 % |
| SC | 4,555 | 4,538 | 99.63 % | 4,477 | 98.29 % |
| SD | 134 | 134 | 100.00 % | 130 | 97.01 % |
| TN | 6,446 | 6,446 | 100.00 % | 6,368 | 98.79 % |
| TX | 41,566 | 41,264 | 99.27 % | 40,697 | 97.91 % |
| UT | 437 | 437 | 100.00 % | 421 | 96.34 % |

09/03/2019

Job# 412.12
09/03/2019
p. 8 of 8

## Job/Version - Snapshot View

| | | | | | |
|---|---|---|---|---|---|
| VA | 6,348 | 6,318 | 99.53 % | 6,099 | 96.08 % |
| VT | 137 | 137 | 100.00 % | 116 | 84.67 % |
| WA | 4,114 | 4,114 | 100.00 % | 4,033 | 98.03 % |
| WI | 3,051 | 3,051 | 100.00 % | 3,014 | 98.79 % |
| WV | 465 | 465 | 100.00 % | 463 | 99.57 % |
| WY | 89 | 89 | 100.00 % | 83 | 93.26 % |
| | 399,619 | 398,927 | 99.83 % | 393,078 | 98.36 % |

09/03/2019

*Job # 41404*



**Customer Copy**

# *Invoice*

### *76093*

*Page 1 of 1*

| | |
|---|---|
| **Invoice Date** | 6/13/2019 |
| **Invoice Due** | 7/13/2019 |
| **Job Number** | 41404 |
| **Your Order #** | |

**Attention**
**Invoice To**

Dina Callea
Avenue
365 West Passaic St, Suite 230
Rochelle Park, NJ 07662

**Salesrep**    Doug Evans

| Quantity | Description | Setup | Min | Unit Price | U/M | Sub Total | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| | **July Birthday Mailer** | | | | | | | |
| | **7/1/2019 thru 7/31/2019** | | | | | | | |
| 10011 | Data Processing and Lettershop | | | 290.00 | | 290.00 | | 290.00 |

*TERMS: PLEASE NOTE OUR TERMS ARE NET 30 DAYS FROM DATE OF INVOICE.*

| | |
|---|---|
| **Sub Total** | $290.00 |
| **Sales Tax** | |

## REMIT PAYMENT TO:

**1155 Distribution Court**
**Kernersville, NC 27284**

| | |
|---|---|
| **TOTAL DUE** | $290.00 |

Customer # :  **1616**         Tax # :

We add finance charges on invoices more than 15 days overdue.

*Job #*
*41404*

## Steve Yarbrough

| | |
|---|---|
| **From:** | Vickie Crutchfield |
| **Sent:** | Wednesday, September 04, 2019 2:11 PM |
| **To:** | Steve Yarbrough |
| **Subject:** | FW: [EXT] RE: Inkjet signoff for birthday |

**From:** jbruno@avenue.com <jbruno@avenue.com>
**Sent:** Monday, June 10, 2019 2:22 PM
**To:** Vickie Crutchfield <vcrutchfield@salem-one.com>; dcallea@avenue.com
**Subject:** [EXT] RE: Inkjet signoff for birthday

Looks fine

**From:** Vickie Crutchfield [mailto:vcrutchfield@salem-one.com]
**Sent:** Monday, June 10, 2019 2:08 PM
**To:** Julianne Bruno; Dina Callea
**Subject:** Inkjet signoff for birthday

Afternoon,

Attached please find the inkjet address signoff proofs to review and approve or request changes.

## Vickie Crutchfield
Project Manager

**Salem One, Inc.**
1155 Distribution Co
Kernersville, NC 27284

Office: 336.299.0800 x 5651
Cell:  336.202.4175
vcrutchfield@salem-one.com



SALEM one | packaging direct print logistics

*The information contained in this email is legally privileged and confidential, and it is intended only for the use of the entity named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this email is prohibited. If you have received this email in error, please immediately notify the sender.*

*Job # 41668*



packaging
direct
print
logistics

Customer Copy
## Invoice

**77395**

*Page 1 of 1*

| | |
|---|---|
| **Attention** | Dina Callea |
| **Invoice To** | Avenue |
| | 365 West Passaic St, Suite 230 |
| | Rochelle Park, NJ 07662 |

| | |
|---|---|
| **Invoice Date** | 7/31/2019 |
| **Invoice Due** | 8/7/2019 |
| **Job Number** | 41668 |
| **Your Order #** | |

**Salesrep**   Doug Evans

| Quantity | Description | Setup | Min | Unit Price | U/M | Sub Total | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| | **August PC DP & Proofing** | | | | | | | |
| 1 | Proofing Prep Time | | | 175.00 | | 175.00 | | 175.00 |
| 550153 | National Change of Address (NCOA 18mth) | | | 1.50 | /m | 825.23 | | 825.23 |
| 550153 | CASS/DPV Code Mail File | | | 1.00 | /m | 550.15 | | 550.15 |
| 550153 | Deduplication Analysis | | | | | | | |
| 550153 | Convert to Upper/Lowercase | | | | | | | |
| 1 | UPS Proof | | | 40.00 | | 40.00 | | 40.00 |

*TERMS: PLEASE NOTE OUR TERMS ARE NET 7 DAYS FROM DATE OF INVOICE.*

**REMIT PAYMENT TO:**

**1155 Distribution Court**
**Kernersville, NC 27284**

| | |
|---|---|
| **Sub Total** | $1,590.38 |
| **Sales Tax** | |

| | |
|---|---|
| **TOTAL DUE** | **$1,590.38** |

Customer # :  *1616*        Tax # :
We add finance charges on invoices more than 15 days overdue.

Job # 41669
p. 1 of 5

**Steve Yarbrough**

| | |
|---|---|
| **From:** | Douglas Evans |
| **Sent:** | Wednesday, September 04, 2019 1:51 PM |
| **To:** | Steve Yarbrough |
| **Subject:** | FW: DM file |

**From:** Vickie Crutchfield <vcrutchfield@salem-one.com>
**Sent:** Friday, July 26, 2019 11:43 AM
**To:** dcallea@avenue.com
**Cc:** Douglas Evans <devans@salem-one.com>
**Subject:** RE: DM file

Hi Dina,

Thanks for the update – Hope you have a great weekend!

**From:** dcallea@avenue.com <dcallea@avenue.com>
**Sent:** Friday, July 26, 2019 11:37 AM
**To:** Vickie Crutchfield <vcrutchfield@salem-one.com>
**Cc:** Douglas Evans <devans@salem-one.com>
**Subject:** [EXT] RE: DM file

Not quite sure what is happening with this artwork. The merchandise delivery has shifted out, so I believe this in home is following that pattern. I will keep you posted as I get additional detail.

We are also still working on getting the additional data files over to you as soon as we can.

Thanks!

**From:** Vickie Crutchfield [mailto:vcrutchfield@salem-one.com]
**Sent:** Friday, July 26, 2019 8:19 AM
**To:** Dina Callea
**Cc:** Douglas Evans
**Subject:** RE: DM file

Morning Dina,

Called and left a message for you also this morning.  Could you give me an updated status of both the revised art and the additional mailing list needed.

**From:** Vickie Crutchfield
**Sent:** Tuesday, July 23, 2019 1:39 PM
**To:** 'dcallea@avenue.com' <dcallea@avenue.com>; Douglas Evans <devans@salem-one.com>
**Subject:** RE: [EXT] DM file

Hi Dina,

1

*Job #41668*
*p. 2 of 5*

The attached is the file we received last evening that included the blank records.

---

**From:** dcallea@avenue.com <dcallea@avenue.com>
**Sent:** Tuesday, July 23, 2019 1:29 PM
**To:** Douglas Evans <devans@salem-one.com>; Vickie Crutchfield <vcrutchfield@salem-one.com>
**Subject:** [EXT] DM file

Can you send me the DM file from yesterday with the missing addresses.


**Dina Callea**
*Marketing Director Business/CRM*
**Avenue**
*PHN: 201-909-2240 | | FAX: 201-909-3604*
*EML: DCallea@avenue.com*
*Web: www.avenue.com*

*Job #*
*41668*
*p3 of 5*

## Steve Yarbrough

| | |
|---|---|
| **From:** | Douglas Evans |
| **Sent:** | Wednesday, September 04, 2019 1:52 PM |
| **To:** | Steve Yarbrough |
| **Subject:** | FW: [EXT] RE: Avenue August PC |

**From:** Vickie Crutchfield <vcrutchfield@salem-one.com>
**Sent:** Thursday, July 18, 2019 7:37 AM
**To:** Douglas Evans <devans@salem-one.com>
**Subject:** FW: [EXT] RE: Avenue August PC

Fyi

**From:** jbruno@avenue.com <jbruno@avenue.com>
**Sent:** Wednesday, July 17, 2019 6:23 PM
**To:** Vickie Crutchfield <vcrutchfield@salem-one.com>
**Cc:** creativemarketing2@avenue.com
**Subject:** [EXT] RE: Avenue August PC

Thanks – Yes, files should be to you by end of day tomorrow.  Thanks!

**From:** Vickie Crutchfield [mailto:vcrutchfield@salem-one.com]
**Sent:** Wednesday, July 17, 2019 4:26 PM
**To:** Julianne Bruno
**Cc:** Creative Marketing2
**Subject:** RE: Avenue August PC

Hi Julianne,

We are moving ahead with the color proofs for you based on the below.   You should have those on Friday morning.    Do you anticipate that we will have the final copy/UPC changes by eob Thursday?

**From:** Vickie Crutchfield
**Sent:** Wednesday, July 17, 2019 4:02 PM
**To:** 'jbruno@avenue.com' <jbruno@avenue.com>
**Cc:** creativemarketing2@avenue.com
**Subject:** RE: Avenue August PC

The copy I have shows XX's instead of dates.

**From:** jbruno@avenue.com <jbruno@avenue.com>
**Sent:** Wednesday, July 17, 2019 3:59 PM
**To:** Vickie Crutchfield <vcrutchfield@salem-one.com>
**Cc:** creativemarketing2@avenue.com
**Subject:** [EXT] RE: [EXT] Avenue August PC

HI Vickie –

1

*Job # 4/668*
*p. 4 of 8*

I believe Jenna sent the mailer art so we can get a proof for color approval. We are still routing the PC for copy. You will receive the new art with all the coupon and disclaimer copy included.

The in-home dates on the mailer are correct.

Thanks!

---

**From:** Vickie Crutchfield [mailto:vcrutchfield@salem-one.com]
**Sent:** Wednesday, July 17, 2019 3:51 PM
**To:** Julianne Bruno
**Subject:** RE: [EXT] Avenue August PC

Hi Julianne,

Quick question looking at the art sent we are seeing the following:

FPO image across the disclaimers

Both the 30% & 35% coupons have the same UPC code and the code in the lower left hand corner of the coupons is the same #865799

In-home date above address panel should be 8/13 – 8/15- correct

Do you need to send new files?

---

**From:** Julianne Bruno <delivery@spaces.hightailmail.com>
**Sent:** Wednesday, July 17, 2019 2:52 PM
**To:** Vickie Crutchfield <vcrutchfield@salem-one.com>
**Subject:** [EXT] Avenue August PC



# Julianne Bruno has shared 1 file.



2

Job # 41668
p. 5 of 5

1 file • 66.8 MB total
""

███████

0816_PC_AVE_Ph10 Folder.zip

_____ZIP_____                                                              66.8 MB

_____

VIEW ALL FILES

Share large files securely through Hightail. Sign up for a free account.

Terms | Privacy

■

3



**SALEM**

5670 Shattalon Drive, Winston-Salem, NC 27105

7003 3110 0005 0002 0303





UNITED STATES POSTAGE
$ 007.90⁰
PITNEY BOWES
02 1P
0000301441    SEP 04 2019
MAILED FROM ZIP CODE 27105



RECEIVED
SEP 1 0 2019
Prime Clerk LLC

Avenue Stores, LLC Claims Processing Center

c/o Prime Clerk LLC

850 3rd Avenue, Suite 412

Brooklyn, NY 11232

