# Exhibit B

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

SALEM ONE
1155 DISTRIBUTION CT
KERNERSVILLE NC 27284

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 54334 | 05/20/2019 | 05/15/2019 | $ 2,912.00 | PA-40889. | 04/16/2019 | $ 2,912.00 |
| 54348 | 05/31/2019 | 05/30/2019 | 95,200.00 | PA-41212 | 05/24/2019 | 95,200.00 |
| 60013 | 06/13/2019 | 06/11/2019 | 2,912.00 | PA-41404 | 06/07/2019 | 2,912.00 |
| 684574 | 05/22/2019 | 06/12/2019 | 290.00 | 74862 | 04/24/2019 | 290.00 |
| 684793 | 05/28/2019 | 06/20/2019 | 58,395.75 | 75051 | 04/30/2019 | 58,395.75 |
| 685690 | 06/12/2019 | 06/20/2019 | 290.00 | 75517 | 05/16/2019 | 290.00 |
| TOTAL | | | $ 159,999.75 | 6 | | |